IN THE UNITED STATES DISTRICT COURT
FOR THE ~~FEDERAL~~ DISTRICT OF HAWAII
~~CIVIL~~ DIVISION

(Write the District and Division, if any, of the court in which the complaint is filed.)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
24 July 2021  11:50 PM lrs
Michelle Rynne, Clerk of Court

___Noe K. Raguinio___

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

___State of Hawaii___

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. __Civil 21-00318-DKW-RT__
(to be filled in by the Clerk's Office)

Jury Trial:  ☒ Yes   ☐ ~~No~~
(check one)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

Job or Title
(if known) _____
Shield Number _____
Employer _____
Address _____
_____

☐ Individual capacity  ☐ Official capacity

Defendant No. 3

Name _____
Job or Title
(if known) _____
Shield Number _____
Employer _____
Address _____
_____

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

Name _____
Job or Title
(if known) _____
Shield Number _____
Employer _____
Address _____
_____

☐ Individual capacity  ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

State - CRIMINAL Procedure Part 2 Right to be free from illegal search and seizure, Excessive force Due Process, secured right of the accused.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

No

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Violated Constitutional Right and Hawaii Constitut Rights, illegal search & Seizure, fabricated evidence; due process

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☒ Civilly committed detainee

☐ Immigration detainee

4

- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* __On appeal.__

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

   The event arose in Kailua Home, Hi 96745 Kailua Kona Police station.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

   Kohanaiki Community Resort Sept. 26 2020 Kailua Kona police station Sept. 27. 2020

C. What date and approximate time did the events giving rise to your claim(s) occur?

   Sept. 26 2020, Sept. 27 2020

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

   Officer Hall HPD illegally searched and siezed Personal effects with Consent and lack of a warrant. Taking home alleged siezed evidence.

5

fabricating a criminal charge which was entered on Sept. 27 claims of black bag, ammunition, creating more false charges violating criminal due process and rights of the accused.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Sept. 27 event led to torn rotator cuff, dislocated shoulder, and tearing entire tendon and all bicept and arm muscle from the shoulder itself, furthermore injuring my lower back, damaging my L4 Disc in the lumbar spine, require a second lumbar fusion, fusing L4-L5 S1 together which will leave permently disabled once procedure is completed.

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Demand relief from constitutional violations that were carried out on Sept. 27, by officer unknown who drive a new peoson private patrol vehicle (Camaro New Black & Chrome Camaros with blue scoops on hood, big breaker. Should heard $8000.00 and drop charges. with Prejudice.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Kailua Kona Police Station (cell block)

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☑ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☑ No
☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? ~~Not~~ Cell block ~~of cass~~

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Section 42 USC 1983 State District Court third circuit.

2. What did you claim in your grievance?

   "                    "

3. What was the result, if any?

   "                    "

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I'm not In Cuserated or in Prison, Pre Trial phase, Dispostve motion phase. Denial Bench trial on state case to move on appeal To ICA, Tht is road map.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I am filing claim for damages in this application.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   litigation with state has begun, state lacks sufficient evidence to convict these allegations to hold me accountable. Lacks specific Document, other forms of evidence.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I have not yet filed a lawsuit against the court administrator.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Noe Requinio_

   Defendant(s) _County of Hawaii_

2. Court *(if federal court, name the district; if state court, name the county and State)* ~~Federal District Court~~, 3DRC-20-0001772 Requer vs County of Hawaii; HPD. District Court of the Third Circuit.

3. Docket or index number
   State 3DRC-20-0001772

4. Name of Judge assigned to your case
   Honorable Judge Floredo

5. Approximate date of filing lawsuit
   Nov. 5 2020

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. withdrawed in Feb. 10 2021 - for Federal Court Civil care 20-00441 DWK - KJM 10 Noe K. Requinio vs. County of Hawaii, HPD Settlement Agreement And Release.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   State case I withdrew to proceed in federal court in which ended in Settlement Agreement.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes

   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____
      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   None

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/24, 2021.

Signature of Plaintiff _____
Printed Name of Plaintiff   Noe Raquino Pro Se
Prison Identification #   [Non Inmate]
Prison Address _____
                City                State             Zip Code

### B. For Attorneys

Date of signing: 7/24, 2021

Signature of Attorney _____
Printed Name of Attorney   Noe Roquinio Pro Se
Bar Number _____
Name of Law Firm _____

12

Address _P.O. Box 383444 Waikoloa Hi 96738_
Telephone Number _808-765-5157_
E-mail Address _noe8@outlook.com_