IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NOE K. RAQUINIO, | ) | CV 21-00318 DKW-RT |
| Plaintiff(s), | ) | |
| vs. | ) | |
| COUNTY OF HAWAII, | ) | |
| Defendant(s). | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties on July 29, 2022, Dkt. No. 64, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss this Action Without Prejudice" (Dkt. No. 64) is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: August 16, 2022 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge